**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Sabay Buth**<br>    *Plaintiff*<br><br>v.<br><br>**Ron Lyons Trucking LLC**<br>**and**<br>**Wayland Clark**<br>    *Defendants* | Civil Docket No. 4:26-cv-40123-DHH |

**<u>Stipulation of the Plaintiff</u>**

In accordance with this Court's order of July 8, 2026 (#11), the plaintiff's counsel files the

attached affidavit from the plaintiff certifying that he will not seek in excess of $75,000.00, as a

condition for the matter to be remanded to state court.


*John J. McMaster*

John J. McMaster
McMaster Law Offices LLC
BBO No. 561780
9 Monroe Street
Northborough, MA 01532
John@JMcMasterlaw.com
(508) 393-9200

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

**Sabay Buth**
    *Plaintiff*

v.                                                             Civil Docket No. 4:26-cv-40123-DHH

**Ron Lyons Trucking LLC
and
Wayland Clark**
    *Defendants*

### Stipulation of the Plaintiff

In accordance with this Court's order of July 8, 2026 (#11), the plaintiff states:

1.    My name is Sabay Buth and I am the plaintiff in the above-referenced matter.

2.    In accordance with the Court's order, I will not seek damages in an amount that exceeds $75,000.00 when the matter is remanded to state court.

3.    I have been advised of my options and choose to have the matter remanded with this condition.

Signed under the pains and penalties of perjury on  07 / 09 / 2026

_____
Sabay Buth

**Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Stipulation |
| **File name** | Stipulation.pdf |
| **Document ID** | 40fab6bac34f22cbca4ce4d2e55292f68a30a4dd |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

**SENT**
**07 / 09 / 2026**
10:09:43 UTC-4

Sent for signature to Sabay Buth (sabay_buth@yahoo.com) from john@jmcmasterlaw.com
IP: 108.49.230.166

**VIEWED**
**07 / 09 / 2026**
10:22:23 UTC-4

Viewed by Sabay Buth (sabay_buth@yahoo.com)
IP: 146.75.250.43

**SIGNED**
**07 / 09 / 2026**
10:23:10 UTC-4

Signed by Sabay Buth (sabay_buth@yahoo.com)
IP: 146.75.250.43

**COMPLETED**
**07 / 09 / 2026**
10:23:10 UTC-4

The document has been completed.

Powered by **Dropbox** Sign